# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131064

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

DWIGHT HILL,
        Defendant-Appellant.

SC: 131064
COA: 264342
Wayne CC: 87-001170

_____/

On order of the Court, the application for leave to appeal the March 16, 2006 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2006

*Corbin R. Davis*

Clerk

d1023